IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TYRONE HILL,                          :
                Petitioner   :
    v.                              :     14-CV-7399
                                    :
KEITH KAUFFMAN, SUPERINTENDENT:
                Respondent.   :

## ORDER

**AND NOW** this 6th day of February 2015, **IT IS ORDERED** that:

1. Petitioner's"Independent Action for Relief From Judgment and Brief in Support Under Fed.R.Civ.P., 60(d)(3)" is **DENIED**;

2. The Clerk of Court shall close this matter; and,

3. There is no cause to issue a certificate of appealability.

_____
**MITCHELL S. GOLDBERG, J.**